UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KEISHA WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:20-cv-75 (LO/MSN) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties have entered into a settlement agreement disposing of all claims in the above-captioned matter. Accordingly, the parties hereby stipulate and agree that the action be dismissed with prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
MEGHAN LOFTUS
Assistant United States Attorney
LESLIE BEUTTELL
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3757/3831 (direct)
(703) 299-3983
meghan.loftus@usdoj.gov
leslie.beuttell@usdoj.gov

*Counsel for Defendant*

DATE: February 19, 2021

_____/s/_____
KARL J. PROTIL, JR., VSB 26314
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A
12505 Park Potomac Avenue
Sixth Floor
Potomac, Maryland  20854
301-230-6571 Telephone
301-230-2891 Facsimile
kprotil@shulmanrogers.com

*Counsel for Plaintiff*

DATE: February 19, 2021